■ In the Matter of JOSEPH JACOBSON, Appellant, v. HENRY MOSKOWITZ et al., Respondents.— Order entered on October 8, 1968, affirmed, with $30 costs and disbursements to respondents. The determination is without prejudice to such other remedies, if any, that the petitioner may possess as a stockholder, and we do not reach the question as to whether or not generally a director is entitled to have his counsel and a stenographer present at stockholders' or directors' meetings. Concur — Eager, J. P., Markewich, McNally and Bastow, JJ.; Rabin, J., deceased.

■ In the Matter of ALEKSANDER NAREL, Respondent, v. JOHN V. LINDSAY et al., Constituting the Board of Estimate of the City of New York and the Trustees of the New York City Employees' Retirement System, et al., Appellants.— Order entered on July 12, 1968, and judgment entered on July 24, 1968, unanimously affirmed, without costs and without disbursements. No opinion. The order of this court entered on March 6, 1969 [31 A. D. 2d 1011], is vacated. Concur — Stevens, P. J., Tilzer, McGivern, Markewich and Nunez, JJ.